ACCEPTED
05-15-00950-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/21/2015 10:44:21 AM
LISA MATZ
CLERK

NO. 05-15-00950-CR

| | | |
|---|---|---|
| THOMAS J. ELLIS | § | IN THE COURT OF APPEALS |
| VS. | § | FOR THE FIFTH DISTRICT |
| THE STATE OF TEXAS | § | OF TEXAS AT DALLAS |

FILED
5th COURT OF APPEALS
DALLAS, TEXAS
12/21/2015 10:44:21 AM
LISA MATZ
Clerk

ON APPEAL FROM THE
COUNTY CRIMINAL COURT NO. 3
OF DALLAS COUNTY, TEXAS
IN CAUSE NO. MA13-70570-C

APPELLANT'S SECOND MOTION TO EXTEND THE
TIME FOR FILING THE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW the Appellant, Thomas Jeffrey Ellis, and respectfully requests that the time for the filing of the Appellant's brief in the above-styled and numbered causes be extended. In support of this motion the Appellant would show the Court the following:

I.

Appellant was convicted of criminal mischief and was sentenced to 180 days in the county jail, probated for 12 months and a $300 fine.

II.

The deadline for the filing of the Appellant's brief is December 25, 2015. Appellant respectfully requests an extension until January 24, 2016.

III.

One previous extension of time has been requested.

IV.

The facts on which the Appellant relies to reasonably explain the need for this extension are as follows:

Kathleen Walsh was previously assigned this case. The undersigned attorney was assigned this case on December 15, 2015 due to Ms. Walsh's retirement from the Dallas County District Attorney's Office. Furthermore, the undersigned attorney is currently writing a brief in cause numbers 05-15-00961-CR and 05-15-00962-CR styled *Maurice Lasalle Jefferson v. State of Texas* pending in the 5th District Court of Appeals, Dallas, Texas. The undersigned attorney is also currently writing a brief in cause number 05-15-01022-CR styled *Lauro Arizpe v. State of Texas* pending in the 5th District Court of Appeals, Dallas, Texas.

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully requests that the time for the filing of the Appellant's brief be extended until January 24, 2016.

Respectfully submitted,

/s/ *Nanette Hendrickson*

Lynn Richardson                     Nanette Hendrickson
Chief Public Defender               Assistant Public Defender
Dallas County, Texas                State Bar No. 24081423
                                    Frank Crowley Courts Building
                                    133 N. Riverfront Blvd., LB-2
                                    Dallas, Texas 75207-4399
                                    (214) 653-3582 *(phone)*
                                    (214) 653-3539 *(fax)*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing brief was served on the Dallas County Criminal District Attorney's Office (Appellate Section), 133 N. Riverfront Blvd., LB-19, 10th Floor, Dallas, Texas, 75207, by electronic service to Lori Ordiway at DCDAAppeals@dallascounty.org and hand delivery on December 21, 2015.

/s/ *Nanette Hendrickson*
Nanette Hendrickson